# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

JEROME WILLIAMS, #242439,

    Petitioner,

                                                       Civil No: 07-CV-10898
                                                     Honorable Patrick J. Duggan

v.

KENNETH ROMANOWSKI,

    Respondent.

_____/

## JUDGMENT

In accordance with the Court's "Opinion and Order Denying Petition for Writ of Habeas Corpus, Denying a Certificate of Appealability and Granting Leave to Proceed *In Forma Pauperis* on Appeal" issued on this date,

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Respondent and against Petitioner Jerome Williams.

                                                              s/PATRICK J. DUGGAN
                                                           UNITED STATES DISTRICT JUDGE

Dated: March 29, 2010

Copies to:
Jerome Williams, #242439
Kinross Correctional Facility
16770 S. Watertower Drive
Kincheloe, MI 49788

Raina I. Korbakis, Esq.